◼ In the Matter of WILLIAM F. PIPER, Appellant, v NEW YORK STATE BOARD OF PAROLE, Respondent. (Proceeding No. 1.) In the Matter of JOHN R. MCLAUGHLIN, Appellant, v NEW YORK STATE BOARD OF PAROLE, Respondent. (Proceeding No. 2.)—Appeals from judgments of the Supreme Court at Special Term, entered June 22, 1977 in Clinton County, which dismissed the applications of both petitioners, in proceedings pursuant to CPLR, for a judgment compelling respondent to furnish sufficient reasons for the denial of parole. Judgments affirmed, without costs, on the opinion of Amyot, J., at Special Term. Mahoney, P. J., Sweeney, Kane, Staley, Jr., and Larkin, JJ., concur.